**TERRITORY OF THE BRITISH VIRGIN ISLANDS**
**BVI BUSINESS COMPANIES ACT, 2004**

853AAA9F2C

# CERTIFICATE OF GOOD STANDING
## (SECTION 235)

The REGISTRAR OF CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES that, pursuant to the BVI Business Companies Act, 2004 at the date of this certificate, the company,

**Tours R'us, Ltd.**

BVI COMPANY NUMBER: **1807751**

1. Is on the Register of Companies;
2. Has paid all fees and penalties due under the Act;
3. Has not filed articles of merger or consolidation that have not become effective;
4. Has not filed articles of arrangement that have not yet become effective;
5. Has filed its register of members with the Registrar;
6. Has filed its register of directors with the Registrar;
7. Has filed its beneficial ownership information with the Registrar;
8. The Registrar has not received notice that the company has not filed its annual return;
9. Is not in voluntary liquidation;
10. Is not in liquidation under the Insolvency Act, 2003;
11. Is not in receivership under the Insolvency Act, 2003;
12. Is not in administrative receivership; and
13. Proceedings to strike the name of the company off the Register of Companies have not been instituted.

**REGISTRAR OF CORPORATE AFFAIRS**

24th day of April, 2026
Expiration Date: 24th day of July, 2026